Rel: March 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0436

S.D. James Evangelistic Association, Inc.; Evangelistic Pentecostal Churches Worldwide, Inc.; and Cynthia Pruitt v. Cynthia Smith, Janice Montgomery, Quin Frye, and Christ Temple Evangelistic Pentecostal Church, Inc. (Appeal from Escambia Circuit Court: CV-21-900066).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Cook, JJ., concur.